IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 27 2019
CLERK, U.S. DISTRICT COURT
By_____
      Deputy

| | |
|---|---|
| CLIFTON DARRELL PERRY, | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § NO. 4:19-CV-1028-A |
| | § |
| GARY CURRIE, ET AL., | § |
| | § |
| Defendants. | § |

FINAL JUDGMENT

In accordance with the order signed this date,

The court ORDERS, ADJUDGES, and DECREES that the claims of plaintiff, Clifton Darrell Perry, against defendants, Gary Currie, Lorie Parker, Patsy Johnson, Sharon Peters, Captain Decola, Kayla Rigby, Bruce Rasco, Roxanna Charlisle, Charles Welmoth, and Serena Ince, be, and are hereby dismissed pursuant to the authority of 28 U.S.C. § 1915A(b).

SIGNED December 27, 2019.

_____
JOHN McBRYDE
United States District Judge